IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-00895-MSK-CBS

KATHRYN CHULATA; and
GARY CHULATA,

       Plaintiff,

v.

ROYAL MOTELS, INC.;
MIKE WORKS; and
BEVERLY GRADY,

       Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the Stipulated Motion for Dismissal with Prejudice (**#20**) filed July 19, 2011. The Court having reviewed the foregoing:

**ORDERS** that the Motion is **GRANTED**. Any and all claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 19th day of July, 2011.

                            **BY THE COURT:**

                            Marcia S. Krieger
                            United States District Judge